# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BLAKE KENNEDY, | CASE NO. 1:09-cv-01161-AWI-SKO PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER |
| v. | (Doc. 33) |
| F. GONZALEZ, et al., | Deadline to Amend Pleadings - 04/20/2012 |
| Defendants. | Discovery Cut-Off Date - 06/20/2012 |
| _____/ | Dispositive Motion Deadline - 08/20/2012 |

Plaintiff Thomas Blake Kennedy, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 6, 2009.  On January 19, 2012, Plaintiff filed a motion seeking to modify the scheduling order.  Good cause having been shown, it is HEREBY ORDERED that:

1. The deadline to amend pleadings is extended to April 20, 2012;

2. The deadline for the completion of all discovery is extended to June 20, 2012; and

3. The pretrial dispositive motion deadline is extended to August 20, 2012.

IT IS SO ORDERED.

**Dated:   February 6, 2012**            _____/s/ Sheila K. Oberto_____
UNITED STATES MAGISTRATE JUDGE

1