# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BLAKE KENNEDY,<br><br>        Plaintiff,<br><br>   v.<br><br>F. GONZALEZ, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-01161-AWI-SKO PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER<br><br>(Doc. 33)<br><br>Deadline to Amend Pleadings - 04/20/2012<br>Discovery Cut-Off Date - 06/20/2012<br>Dispositive Motion Deadline - 08/20/2012 |

Plaintiff Thomas Blake Kennedy, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 6, 2009. On January 19, 2012, Plaintiff filed a motion seeking to modify the scheduling order. Good cause having been shown, it is HEREBY ORDERED that:

    1.    The deadline to amend pleadings is extended to April 20, 2012;

    2.    The deadline for the completion of all discovery is extended to June 20, 2012; and

    3.    The pretrial dispositive motion deadline is extended to August 20, 2012.

IT IS SO ORDERED.

**Dated:**   February 6, 2012                  /s/ Sheila K. Oberto
                                                            UNITED STATES MAGISTRATE JUDGE