IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BLAKE KENNEDY, | 1:09-cv-01161-AWI-SKO (PC) |
| Plaintiff, | ORDER APPROVING PARTIES' STIPULATION TO EXTEND PRETRIAL DISPOSITIVE MOTION DEADLINE AND EXTENDING DEADLINE |
| vs. | |
| MATTHEW CATE, et al., | (Doc. 36) |
| Defendants. | |
| _____/ | Pretrial Dispositive Motion Deadline: 09/19/2012 |

On August 17, 2012, the parties filed a stipulation to extend the pretrial dispositive motion deadline from August 20, 2012, to September 19, 2012.

The Court has considered the stipulation and it is HEREBY APPROVED. The pretrial dispositive motion deadline is extended to September 19, 2012.

IT IS SO ORDERED.

**Dated:   August 21, 2012**                             /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE