# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BLAKE KENNEDY, | Case No. 1:09-cv-01161-AWI-SKO PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO COMPLY WITH LOCAL RULE 133(J) ON OR BEFORE AUGUST 21, 2013 |
| v. | |
| F. GONZALEZ, et al., | |
| Defendants. | |

Plaintiff Thomas Blake Kennedy, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 6, 2009. This action is proceeding on Plaintiff's amended complaint against Defendants Cate and Gonzalez for violating Plaintiff's rights under the Eighth Amendment of the United States Constitution.

Pending before the Court is Defendants' motion for summary judgment, filed on September 19, 2012. Defendants cited to portions of Plaintiff's deposition transcript in support of their motion, but they failed to comply with Local Rule 133(j), which requires them to provide the Court with a courtesy copy of the entire deposition.

///
///
///
///

Defendants are HEREBY ORDERED to bring their motion for summary judgment into compliance with Local Rule 133(j) on or before **August 21, 2013**.[1]

IT IS SO ORDERED.

Dated: **August 16, 2013**       **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants may either lodge the transcript in hard copy with the Clerk's Office or email it via PDF to skoorders@caed.uscourts.gov.