# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BLAKE KENNEDY,<br><br>    Plaintiff,<br><br>    v.<br><br>F. GONZALEZ, et al.,<br><br>    Defendant.<br>_____/ | Case No. 1:09-cv-01161-AWI-SKO PC<br><br>ORDER DENYING MOTION FOR JUDICIAL NOTICE<br><br>(Doc. 45) |

    Plaintiff Thomas Blake Kennedy, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 6, 2009. On October 18, 2012, in conjunction with his opposition to Defendants' motion for summary judgment, Plaintiff filed a motion requesting the Court take judicial notice of Pelican Bay State Prison officials' failure to provide him with access to the courts.

    "A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Plaintiff's assertion that prison officials interfered with his right of access to the courts by failing to facilitate his ability to obtain another inmate's declaration in support of his opposition is not subject to judicial notice, as it is reasonably disputable.

///

The Court notes additionally that discovery was the appropriate phase during which to obtain declarations from witnesses and discovery closed on June 20, 2012.  Fed. R. Civ. P. 16(b)(4).

Based on the foregoing, Plaintiff's motion for judicial notice is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **September 2, 2013**                              **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE