# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BLAKE KENNEDY, | Case No.  1:09-cv-01161-AWI-SKO (PC) |
| Plaintiff, | ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING SET FOR APRIL 28, 2014, AT 3:00 P.M. |
| v. | |
| F. GONZALEZ, et al., | (Doc. 60) |
| Defendant. | |
| _____/ | |

Plaintiff Thomas Blake Kennedy, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 6, 2009.  This action is proceeding on Plaintiff's amended complaint against Defendants Cate and Gonzalez for violating Plaintiff's rights under the Eighth Amendment of the United States Constitution, and jury trial is currently scheduled for June 10, 2014.

Due to the press of court business, the telephonic trial confirmation hearing set for April 28, 2014, at 3:00 p.m. is HEREBY ORDERED VACATED.  A new hearing will be set in due course, which may affect the currently scheduled jury trial date.  The court had previously advised the parties by an order dated April 10, 2014 of the heavy caseload being borne by the Judges of this District, and the potential impact upon litigants.  The court again invites the parties to consider consent to Magistrate Judge jurisdiction.

IT IS SO ORDERED.

Dated:   April 23, 2014                    _____

                                         SENIOR  DISTRICT  JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28