# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BLAKE KENNEDY,<br><br>    Plaintiff,<br><br>    v.<br><br>F. GONZALEZ,<br><br>    Defendant. | Case No. 1:09-cv-01161-AWI-SKO (PC)<br><br>ORDER VACATING ORDER REQUIRING PLAINTIFF TO RESUBMIT SETTLEMENT CONFERENCE STATEMENT AND RESCHEDULING SETTLEMENT CONFERENCE<br><br>(Doc. 81)<br><br>**Date:** June 18, 2014<br>**Time:** 11:00 a.m.<br>**Courtroom:** 9 (SAB) |

Plaintiff Thomas Blake Kennedy, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 6, 2009. This action is proceeding on Plaintiff's amended complaint against Defendant Gonzalez for violating Plaintiff's rights under the Eighth Amendment of the United States Constitution.

On May 6, 2014, the Court issued an order vacating the settlement conference scheduled for May 19, 2014, based on the non-receipt of Plaintiff's confidential settlement conference statement, and the Court ordered Plaintiff to resubmit his confidential settlement conference statement within seven days. Plaintiff's settlement conference statement was subsequently received by the Clerk's Office and it has been reviewed by the undersigned.

///

///

Accordingly, the Court HEREBY ORDERS as follows:

1. The order requiring Plaintiff to resubmit his confidential settlement conference statement is VACATED; and

2. The settlement conference is rescheduled for June 18, 2014, at 11:00 a.m. in Courtroom 9.[1]

IT IS SO ORDERED.

Dated:  **May 14, 2014**

UNITED STATES MAGISTRATE JUDGE

---

[1] The trial date of June 10, 2014, has not yet been vacated by Judge Ishii, but the Court was informed that the trial date will be continued due to a scheduling conflict with another jury trial. The parties may anticipate the issuance of an order by Judge Ishii in due course.

2