UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| THOMAS BLAKE KENNEDY,<br><br>             Plaintiff,<br><br>v.<br><br>F. GONZALEZ,<br><br>             Defendant. | Case No. 1:09-cv-01161-AWI-SKO (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE THOMAS BLAKE KENNEDY, CDCR # F-45692<br><br>DATE: 06/18/2014<br>TIME:  11:00 a.m.<br>COURTROOM: 9 (SAB) |
|---|---|

   Inmate Thomas Blake Kennedy, CDCR # F-45692, a necessary and material witness on his own behalf in proceedings in this case on June 18, 2014, is confined at Pelican Bay State Prison in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Stanley A. Boone at the United States District Court, Courtroom #9, 2500 Tulare Street, Fresno, California, 93721, on Wednesday, June 18, 2014, at 11:00 a.m.

   **ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Boone.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

   **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To the Warden of Pelican Bay State Prison:**

   **WE COMMAND** you to produce the inmate named above to appear before Judge Boone at the time and place above, until completion of the settlement conference or as ordered by Judge Boone.

   **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

   Dated:   **May 14, 2014**                              _____
                                                                              UNITED STATES MAGISTRATE JUDGE