# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BLAKE KENNEDY,<br><br>    Plaintiff,<br><br>    v.<br><br>F. GONZALEZ,<br><br>    Defendant. | Case No.  1:09-cv-01161-AWI-SKO (PC)<br><br>ORDER VACATING JURY TRIAL SET FOR JUNE 10, 2014, AT 8:30 A.M.<br><br>(Docs. 60, 78) |

This civil rights case filed pursuant to 42 U.S.C. § 1983 is currently set for jury trial on June 10, 2014, at 8:30 a.m. before the undersigned.  Due to the existence of a conflict with another trial, the trial date of June 10, 2014, is HEREBY VACATED.

A settlement conference has been set in this matter before United States Magistrate Judge Stanley A. Boone on June 18, 2014.  The Court will set another trial date if the parties are unable to resolve this case during their settlement conference.

IT IS SO ORDERED.

Dated:   May 16, 2014                                 _____
                                                                     SENIOR  DISTRICT  JUDGE