# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BLAKE KENNEDY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F. GONZALEZ, et al.,<br><br>　　　　Defendants. | Case No.  1:09-cv-01161-AWI-SKO PC<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS |

The Court conducted a settlement conference in this action on June 18, 2014, at which the parties reached a settlement agreement.  A telephonic status conference re status of the settlement funds is set for September 29, 2014, at 10:30 a.m. before the undersigned.  If close the hearing the parties see no need for this telephonic status conference, the Court will vacate.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;
2. The parties shall file dispositional documents when settlement paperwork is completed; and
3. This judge shall retain jurisdiction to enforce the settlement agreement reached by the parties.

IT IS SO ORDERED.

Dated:  **June 18, 2014**

UNITED STATES MAGISTRATE JUDGE