# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BLAKE KENNEDY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F. GONZALEZ, et al.,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:09-cv-01161-AWI-SKO (PC)<br><br>ORDER DENYING PENDING MOTIONS AS MOOT IN LIGHT OF SETTLEMENT<br><br>(Docs. 82, 83, 84, 85, 91, and 92) |

　　Plaintiff Thomas Blake Kennedy, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 6, 2009, and this matter was set for jury trial.

　　On June 18, 2014, the parties reached a settlement in this case. Accordingly, the parties' motions in limine and Plaintiff's motion for clarification regarding the scheduling order are HEREBY ORDERED DENIED as moot.

IT IS SO ORDERED.

　　Dated:   **June 30, 2014**　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE