# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BLAKE KENNEDY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F. GONZALEZ,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:09-cv-01161-AWI-SKO (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RETURN CASHIER'S CHECKS<br><br>(Doc. 69) |

On April 14, 2014, the Court received three cashier's checks made payable to trial witnesses Jennifer Payan, Lt. Gentry, and Daniel Steinberg for witness fees and mileage. The checks were purchased by Dorothy Kennedy and were submitted by her on the behalf of Plaintiff, in compliance with the order filed on March 27, 2014.

This case settled on June 18, 2014, prior to trial. Accordingly, the Clerk's Office is HEREBY DIRECTED to return the following three cashier's checks to Mrs. Kennedy at the address provided by her when she submitted the checks: #004445400 payable to Jennifer Payan in the amount of $215.84; #004445576 payable to Lt. Gentry in the amount of $215.84; and #004445577 payable to Daniel Steinberg in the amount of $208.84.

IT IS SO ORDERED.

Dated: __July 9, 2014__　　　　　　　　　　__/s/ Sheila K. Oberto__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE