# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BLAKE KENNEDY,<br><br>          Plaintiff,<br><br>     v.<br><br>F. GONZALEZ, et al.,<br><br>          Defendants. | Case No.  1:09-cv-01161-AWI-SKO PC<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIVE DOCUMENTS BY DECEMBER 1, 2014 |

The Court conducted a settlement conference in this action on June 18, 2014, at which the parties reached a settlement agreement.  On September 29, 2014 a telephonic status conference was conducted before the undersigned to determine the status of the settlement. Plaintiff appeared pro se and counsel Susan Coleman appeared for Defendants.  Based upon the discussion at the telephonic conference, the parties shall file dispositive documents on or before December 1, 2014.

IT IS SO ORDERED.

Dated:   **September 29, 2014**

                                                                                  
UNITED STATES MAGISTRATE JUDGE

1