UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BLAKE KENNEDY,<br><br>    Plaintiff,<br><br>v.<br><br>CATE, MATTHEW, SECRETARY OF CORRECTIONS, GONZALEZ, FERNANDO, WARDEN C.C.I. ,<br><br>    Defendants. | Case No.  1:09-cv-01161-AWI SKO<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL OF THIS ACTION WITH PREJUDICE**<br><br>Judge:  Hon. Anthony W. Ishii |

Based on the stipulation of the parties, and the parties' previous notice of settlement following a settlement conference:

IT IS HEREBY ORDERED that Defendant F. GONZALEZ is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), each party to bear their own fees and costs.  The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   December 2, 2014            _____
                                              SENIOR  DISTRICT JUDGE